935 F.2d 1280
 Committee for a Better North Philadelphia, Reed (Tyrone)
v.
Southeastern Pennsylvania Transportation Authority, Thompson
(Robert J.), Gould (Lewis F.), McHugh (James C.), Wood
(Franklin C.), Kurtz (Richard E.), Clymer (Brian W.),
Hayward (Thomas M.), Jenkins (Frank W.), Harris (Judith E.,
Mary C.), Swygert (H. Patrick)
 NO. 90-1656
 United States Court of Appeals,
Third Circuit.
 MAY 29, 1991
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.